IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>HUSSAIN, SYED B. and<br>HUSSAIN, SYEDA H.,<br><br>Debtors. | Chapter 7<br><br>Case No. 10-07716<br><br>Honorable Jack Schmetterer<br>United States Bankruptcy Judge |

### CERTIFICATE OF SERVICE BY MAIL

I, Barry A. Chatz, an attorney, certify I caused a copy of the Amended Notice of Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to all creditors and other parties in interest which are listed on the attached Service List by deposit in U.S. Mail, first class postage prepaid, on August 5, 2011.

/s/Barry A Chatz

Barry A. Chatz (ARDC# 06196639)
120 S. Riverside Plaza
Chicago, IL  60606
(312)876-7100
(312)876-0288 Facsimile
bachatz@arnstein.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 10-07716<br>Northern District of Illinois<br>Chicago<br>Fri Aug  5 11:01:43 CDT 2011 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1704 | Aegis Receivables Management<br>PO Box 165809<br>Irving, TX 75016-5809 |
| Alliance One<br>4850 Street Road<br>Suite 300<br>Feasterville Trevose, PA 19053-6643 | Amalgamated Financial Group<br>PO Box 1006<br>Old Bridge, NJ 08857-1006 | American Express<br>70400 AXP Financial Center<br>Minneapolis, MN 55474-0001 |
| American Express<br>PO Box 0001<br>Los Angeles, CA 90096-8000 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Associated Recovery Systems<br>PO Box 469046<br>Escondido, CA 92046-9046 |
| Bank of America<br>P.O. 5270<br>Carol Stream, IL 60197-5270 | Bank of America<br>PO Box 15019<br>Wilmington, DE 19886-5019 | Bank of America<br>PO Box 15027<br>Wilmington, DE 19886-5027 |
| Bonded Collection Corporation<br>29 E. Madison St.<br>Suite 1650<br>Chicago, IL 60602-4435 | Bonded Collection Corporation<br>29 East Madison Street<br>Suite 1650<br>Chicago, IL 60602-4435 | Capital One<br>PO Box 105474<br>Atlanta, GA 30348-5474 |
| Capital Recovery III LLC<br>(Citibank-Sears Gold Mastercard)<br>c/o Recovery Management Systems Corp.<br>Attn: Ramesh Singh<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Capitol One<br>PO Box 6492<br>Carol Stream, IL 60197-6492 |
| Capitol One<br>PO Box 70886<br>Charlotte, NC 28272-0886 | Citibank Checking Business Loan<br>PO Box 87126<br>Chicago, IL 60680-0126 | Citibank Ready Credit<br>PO Box 688915<br>Des Moines, IA 50368-8915 |
| Citimortgage<br>P.O. 183040<br>Columbus, OH 43218-3040 | Coface Collections North America<br>PO Box 8510<br>Metairie, LA 70011-8510 | DEX<br>8519 Innovation Way<br>Chicago, IL 60682-0085 |
| DHL Express<br>Executive Office Contact<br>10097 Cleary Blvd. #403<br>Plantation, FL 33324-1065 | DHL Express (USA Headquarters)<br>1200 South Pine Island Road<br>Suite 600<br>Plantation, FL 33324-4465 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Card<br>PO Box 6103<br>Carol Stream, IL 60197-6103 | Family Benefits Marketing Co.<br>3401 N. Ridge Ave.<br>Arlington Heights, IL 60004-1413 | Family Benefits Marketing Co.<br>c/o Brenda Porter Helms, Assignee<br>3400 West Lawrence Avenue<br>Chicago, IL 60625-5104 |

| | | |
|---|---|---|
| Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | GC Services Limited Partnership<br>6330 Gulfton<br>Houston, TX 77081-1198 | Great America Leasing<br>Accufast<br>8742 Innovation Way<br>Chicago, IL 60682-0087 |
| (p)KRAMER & ASSOCIATES<br>PO BOX 500<br>WESTWOOD NJ 07675-0500 | Law Offices of Mitchell N. Kay, P.C<br>205 West Randolph Street<br>Suite 920<br>Chicago, IL 60606-1814 | Legal Persian<br>600 E. Jefferson St.<br>Suite 316<br>Rockville, MD 20852-1158 |
| Liquid Debt Systems<br>29W170 Butterfield Road<br>Suite 102<br>Warrenville, IL 60555-2808 | MeadWestvaco<br>12449 Collections Center Dr.<br>Chicago, IL 60693-0124 | NCO Financial Systems<br>507 Prudential Road<br>Horsham, PA 19044-2368 |
| Northstar Location Services, LLC<br>Attn: Financial Services Dept.<br>4285 Genesee St.<br>Cheektowaga, NY 14225-1943 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101-4982 | PNC/National Bank<br>Select Edition<br>PO Box 856177<br>Louisville, KY 40285-6177 |
| Pitney Bowes<br>Global Financial Services<br>PO Box 856460<br>Louisville, KY 40285-6460 | Pro Consulting Services, Inc.<br>PO Box 66768<br>Houston, TX 77266-6768 | Purchase Power<br>Pitney Bowes<br>PO Box 5135<br>Shelton, CT 06484-7135 |
| Sears Credit Card Gold Card<br>PO Box 183082<br>Columbus, OH 43218-3082 | The Chet Kaplan Baim Firm<br>30 N LaSalle St, Suite 1520<br>Chicago, IL 60602-3387 | United Recovery Systems<br>PO Box 722929<br>Houston, TX 77272-2929 |
| WaMu/Chase Home Finance<br>P O Box 24696<br>Columbus, OH 43224-0696 | Wells Fargo Business Loan<br>PO Box 54349<br>Los Angeles, CA 90054-0349 | Wells Fargo Equipment Finance<br>733 Marquette Avenue<br>Suite 700<br>Minneapolis, MN 55402-2316 |
| Wells Fargo Equipment Finance, Inc.<br>NW-8178<br>PO Box 1450<br>Minneapolis, MN 55485-8178 | Weltman, Weinberg & Reis Co, LPA<br>323 Lakeside Avenue<br>Suite 200<br>Cleveland, OH 44113-1099 | Xerox Capital Services<br>1301 Ridgeview Dr.<br>Lewisville, TX 75057-6008 |
| Xerox Corporation<br>PO Box 802555<br>Chicago, IL 60680-2555 | Barry A Chatz<br>Arnstein & Lehr<br>120 South Riverside Plaza Ste 1200<br>Chicago, IL 60606-3910 | David R Brown ESQ<br>Springer, Brown, Covey, Gaertner & Davis<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187-4547 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Syed B Hussain<br>710 E. Valley Lane<br>Arlington Heights, IL 60004-3240 | Syeda H Hussain<br>710 E. Valley Lane<br>Arlington Heights, IL 60004-3240 |