UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HUSSAIN, SYED B § Case No. 10-07716
HUSSAIN, SYEDA H §
§
Debtor(s) §

## AMENDED NOTICE OF FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/25/2011 in Courtroom 682,
United States Courthouse
219 South Dearborn
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/05/2011                     By: /s/ Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-07716-JBS
Syed B Hussain                                                      Chapter 7
Syeda H Hussain
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: dpruitt              Page 1 of 2              Date Rcvd: Aug 08, 2011
                               Form ID: pdf006            Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2011.
```
db/jdb     +Syed B Hussain,    Syeda H Hussain,    710 E. Valley Lane,    Arlington Heights, IL 60004-3240
aty        +Christina M Riepel,    Gregory K. Stern, P.C.,    53 West Jackson Blvd,    Suite 1442,
             Chicago, IL 60604-3536
aty        +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
             Suite 330,    Wheaton, IL 60187-4547
aty        +Gregory K Stern,    Gregory K. Stern, P.C.,    53 West Jackson Blvd.,    Suite 1442,
             Chicago, IL 60604-3536
aty        +James Hausler,    Gregory K Stern PC,    53 W Jackson Blvd Suite 1442,    Chicago, IL 60604-3536
tr         +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
15158965   +Aegis Receivables Management,    PO Box 165809,    Irving, TX 75016-5809
15158967   +Amalgamated Financial Group,    PO Box 1006,    Old Bridge, NJ 08857-1006
15158968   +American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
15158970   +American Express,    70400 AXP Financial Center,    Minneapolis, MN 55474-0001
16421799    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15158971   +Associated Recovery Systems,    PO Box 469046,    Escondido, CA 92046-9046
15158972   +Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
15158976   +Bonded Collection Corporation,    29 E. Madison St.,    Suite 1650,    Chicago, IL 60602-4435
15158975   +Bonded Collection Corporation,    29 East Madison Street,    Suite 1650,    Chicago, IL 60602-4435
15158977   +Capital One,    PO Box 105474,    Atlanta, GA 30348-5474
15158979   +Capitol One,    PO Box 6492,    Carol Stream, IL 60197-6492
15158978   +Capitol One,    PO Box 70886,    Charlotte, NC 28272-0886
15158981   +Citibank Checking Business Loan,    PO Box 87126,    Chicago, IL 60680-0126
15158982   +Citibank Ready Credit,    PO Box 688915,    Des Moines, IA 50368-8915
15158983   +Citimortgage,    P.O. 183040,    Columbus, OH 43218-3040
15158984   +Coface Collections North America,    PO Box 8510,    Metairie, LA 70011-8510
15158986   +DHL Express,    Executive Office Contact,    10097 Cleary Blvd. #403,    Plantation, FL 33324-1065
15158987   +DHL Express (USA Headquarters),    1200 South Pine Island Road,    Suite 600,
             Plantation, FL 33324-4465
15158989   +Family Benefits Marketing Co.,    c/o Brenda Porter Helms, Assignee,    3400 West Lawrence Avenue,
             Chicago, IL 60625-5104
15158990   +Family Benefits Marketing Co.,    3401 N. Ridge Ave.,    Arlington Heights, IL 60004-1413
15159008   +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
15159009    Great America Leasing,    Accufast,    8742 Innovation Way,    Chicago, IL 60682-0087
15159010   ++KRAMER & ASSOCIATES,    PO BOX 500,    WESTWOOD NJ 07675-0500
             (address filed with court: Kramer & Associates,     228 Riva Vale Road,    2nd Floor,
             Westwood, NJ 07675)
15159011   +Law Offices of Mitchell N. Kay, P.C,    205 West Randolph Street,    Suite 920,
             Chicago, IL 60606-1814
15159012   +Legal Persian,    600 E. Jefferson St.,    Suite 316,    Rockville, MD 20852-1158
15159013   +Liquid Debt Systems,    29W170 Butterfield Road,    Suite 102,    Warrenville, IL 60555-2808
15159014   +MeadWestvaco,    12449 Collections Center Dr.,    Chicago, IL 60693-0124
15159015   +NCO Financial Systems,    507 Prudential Road,    Horsham, PA 19044-2368
15159017    Northstar Location Services, LLC,    Attn: Financial Services Dept.,    4285 Genesee St.,
             Cheektowaga, NY 14225-1943
16446825   +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
15159019   +PNC/National Bank,    Select Edition,    PO Box 856177,    Louisville, KY 40285-6177
15159022   +Sears Credit Card Gold Card,    PO Box 183082,    Columbus, OH 43218-3082
15159023   +The Chet Kaplan Baim Firm,    30 N LaSalle St, Suite 1520,    Chicago, IL 60602-3387
15159026    WaMu/Chase Home Finance,    P O Box 24696,    Columbus, OH 43224-0696
15159029   +Wells Fargo Business Loan,    PO Box 54349,    Los Angeles, CA 90054-0349
15159030   +Wells Fargo Equipment Finance,    733 Marquette Avenue,    Suite 700,    Minneapolis, MN 55402-2316
15159031    Wells Fargo Equipment Finance, Inc.,    NW-8178,    PO Box 1450,    Minneapolis, MN 55485-8178
15159032   +Weltman, Weinberg & Reis Co, LPA,    323 Lakeside Avenue,    Suite 200,    Cleveland, OH 44113-1099
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15158966    +E-mail/Text: roy.buchholz@allianceoneinc.com Aug 09 2011 01:32:33      Alliance One,
             4850 Street Road,    Suite 300,    Feasterville Trevose, PA 19053-6643
15378764     E-mail/PDF: rmscedi@recoverycorp.com Aug 09 2011 01:34:24      Capital Recovery III LLC,
             (Citibank-Sears Gold Mastercard),    c/o Recovery Management Systems Corp.,    Attn: Ramesh Singh,
             25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
16228692     E-mail/PDF: rmscedi@recoverycorp.com Aug 09 2011 01:34:24      Capital Recovery III LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15158985    +E-mail/Text: CustomerNoticesEast@dexknows.com Aug 09 2011 01:32:55      DEX,    8519 Innovation Way,
             Chicago, IL 60682-0085
16039640     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 09 2011 01:53:53      Discover Bank,
             Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
15158988    +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 09 2011 01:53:53      Discover Card,    PO Box 6103,
             Carol Stream, IL 60197-6103
16431925     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 09 2011 01:43:45
             Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
             Oklahoma City, OK  73124-8809
15159018     E-mail/Text: bankruptcy@pb.com Aug 09 2011 01:31:56      Pitney Bowes,    Global Financial Services,
             PO Box 856460,    Louisville, KY 40285-6460
```

```
District/off: 0752-1          User: dpruitt            Page 2 of 2            Date Rcvd: Aug 08, 2011
                              Form ID: pdf006          Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15159020       E-mail/Text: bankruptcy@proconsrv.com Aug 09 2011 01:34:27      Pro Consulting Services, Inc.,
               PO Box 66768,    Houston, TX 77266-6768
15159021      +E-mail/Text: bankruptcy@pb.com Aug 09 2011 01:31:56     Purchase Power,    Pitney Bowes,
               PO Box 5135,    Shelton, CT 06484-7135
15159025      +E-mail/Text: bnc@ursi.com Aug 09 2011 01:32:55     United Recovery Systems,    PO Box 722929,
               Houston, TX 77272-2929
15159033      +E-mail/Text: Vanessa.Adams@xerox.com Aug 09 2011 01:33:48     Xerox Capital Services,
               1301 Ridgeview Dr.,    Lewisville, TX 75057-6008
15159035       E-mail/Text: Vanessa.Adams@xerox.com Aug 09 2011 01:33:48     Xerox Corporation,    PO Box 802555,
               Chicago, IL 60680-2555
                                                                                             TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15158969*     +American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
16440709*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
15158980*     +Capitol One,    PO Box 6492,    Carol Stream, IL 60197-6492
15158991*     +Family Benefits Marketing Co.,     3401 N. Ridge Ave.,    Arlington Heights, IL 60004-1413
15158992*     +Family Benefits Marketing Co.,     3401 N. Ridge Ave.,    Arlington Heights, IL 60004-1413
15158993*     +Family Benefits Marketing Co.,     3401 N. Ridge Ave.,    Arlington Heights, IL 60004-1413
15158994*     +Family Benefits Marketing Co.,     3401 N. Ridge Ave.,    Arlington Heights, IL 60004-1413
15158995*     +Family Benefits Marketing Co.,     3401 N. Ridge Ave.,    Arlington Heights, IL 60004-1413
15158996*     +Family Benefits Marketing Co.,     3401 N. Ridge Ave.,    Arlington Heights, IL 60004-1413
15158997*     +Family Benefits Marketing Co.,     3401 N. Ridge Ave.,    Arlington Heights, IL 60004-1413
15158998*     +Family Benefits Marketing Co.,     3401 N. Ridge Ave.,    Arlington Heights, IL 60004-1413
15158999*     +Family Benefits Marketing Co.,     3401 N. Ridge Ave.,    Arlington Heights, IL 60004-1413
15159000*     +Family Benefits Marketing Co.,     3401 N. Ridge Ave.,    Arlington Heights, IL 60004-1413
15159001*     +Family Benefits Marketing Co.,     3401 N. Ridge Ave.,    Arlington Heights, IL 60004-1413
15159002*     +Family Benefits Marketing Co.,     3401 N. Ridge Ave.,    Arlington Heights, IL 60004-1413
15159003*     +Family Benefits Marketing Co.,     3401 N. Ridge Ave.,    Arlington Heights, IL 60004-1413
15159004*     +Family Benefits Marketing Co.,     3401 N. Ridge Ave.,    Arlington Heights, IL 60004-1413
15159005*     +Family Benefits Marketing Co.,     3401 N. Ridge Ave.,    Arlington Heights, IL 60004-1413
15159006*     +Family Benefits Marketing Co.,     3401 N. Ridge Ave.,    Arlington Heights, IL 60004-1413
15159007*     +Family Benefits Marketing Co.,     3401 N. Ridge Ave.,    Arlington Heights, IL 60004-1413
15159016*     +NCO Financial Systems,    507 Prudential Road,    Horsham, PA 19044-2368
15159024*     +The Chet Kaplan Baim Firm,    30 N LaSalle St, Suite 1520,    Chicago, IL 60602-3387
15159027*      WaMu/Chase Home Finance,    P O Box 24696,    Columbus, OH 43224-0696
15159028*      WaMu/Chase Home Finance,    P O Box 24696,    Columbus,OH 43224-0696
15159034*     +Xerox Capital Services,    1301 Ridgeview Dr.,    Lewisville, TX 75057-6008
15159036*      Xerox Corporation,    PO Box 802555,    Chicago, IL 60680-2555
15158974     ##+Bank of America,    P.O. 5270,    Carol Stream, IL 60197-5270
15158973     ##+Bank of America,    PO Box 15027,   Wilmington, DE 19886-5027
                                                                                      TOTALS: 0, * 26, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 10, 2011**          **Signature:**    *Joseph Speetjens*