UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| HUSSAIN, SYED B | § | Case No. 10-07716 |
| HUSSAIN, SYEDA H | § § | |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BARRY A. CHATZ_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citimortgage P.O. 183040 Columbus, OH 43218 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WaMu | | | | | |
| | WaMu | | | | | |
| | WaMu | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express PO Box 0001 Los Angeles, CA 90096 | | | | | |
| | American Express PO Box 0001 Los Angeles, CA 90096 | | | | | |
| | Bank of America PO Box 15019 Wilmington, DE 19886 | | | | | |
| | Bank of America PO Box 15027 Wilmington, DE 19886 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One PO Box 105474 Atlanta, GA 30348 | | | | | |
| | Capitol One PO Box 6492 Carol Stream, IL 60197 | | | | | |
| | Capitol One PO Box 6492 Carol Stream, IL 60197 | | | | | |
| | Capitol One PO Box 70886 Charlotte, NC 28272 | | | | | |
| | Citibank Checking Business Loan PO Box 87126 Chicago, IL 60680 | | | | | |
| | Citibank Ready Credit PO Box 688915 Des Moines, IA 50368 | | | | | |
| | DEX 8519 Innovation Way Chicago, IL 60682 | | | | | |
| | DHL Express (USA Headquarters) 1200 South Pine Island Road Suite 600 Plantation, FL 33324 | | | | | |
| | Discover Card PO Box 6103 Carol Stream, IL 60197 | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Family Benefits Marketing Co. c/o Brenda Porter Helms, Assignee 3400 West Lawrence Avenue Chicago, IL 60625 | | | | | |
| | Great America Leasing Accufast 8742 Innovation Way Chicago, IL 60682-0087 | | | | | |
| | Legal Persian 600 E. Jefferson St. Suite 316 Rockville, MD 20852 | | | | | |
| | MeadWestvaco 12449 Collections Center Dr. Chicago, IL 60693 | | | | | |
| | PNC/National Bank Select Edition PO Box 856177 Louisville, KY 40285 | | | | | |
| | Pitney Bowes Global Financial Services PO Box 856460 Louisville, KY 40285-6460 | | | | | |
| | Purchase Power Pitney Bowes PO Box 5135 Shelton, CT 06484 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Sears Credit Card Gold Card PO Box 183082 Columbus, OH 43218 |  |  |  |  |  |
|  | Wells Fargo Business Loan PO Box 54349 Los Angeles, CA 90054 |  |  |  |  |  |
|  | Wells Fargo Equipment Finance, Inc. NW-8178 PO Box 1450 Minneapolis, MN 55485-8178 |  |  |  |  |  |
|  | Xerox Corporation PO Box 802555 Chicago, IL 60680-2555 |  |  |  |  |  |
|  | Xerox Corporation PO Box 802555 Chicago, IL 60680-2555 |  |  |  |  |  |
| 000003 | AMERICAN EXPRESS BANK, FSB |  |  |  |  |  |
| 000006 | AMERICAN EXPRESS BANK, FSB |  |  |  |  |  |
| 000002 | CAPITAL RECOVERY III LLC |  |  |  |  |  |
| 000001 | DISCOVER BANK |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000005 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000007 | PNC BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-07716 | SBJ | Judge: JACK B. SCHMETTERER | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | HUSSAIN, SYED B | | | Date Filed (f) or Converted (c): | 02/25/10 (f) |
| | HUSSAIN, SYEDA H | | | 341(a) Meeting Date: | 04/09/10 |
| For Period Ending: | 10/07/11 | | | Claims Bar Date: | 11/19/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 710 E. Valley Lane, Arlington Heights, IL 60004 | 285,000.00 | 29,277.00 | DA | 0.00 | FA |
| 2. 6157 N. Sheridan Road, Unit 19G, Chicago, IL 60660 | 170,000.00 | 978.00 | DA | 8,000.00 | FA |
| 3. 6301 N. Sheridan Rd., Unit 17L, Chicago, IL 60660 | 144,000.00 | 13,961.00 | DA | 8,000.00 | FA |
| 4. Cash on hand | 200.00 | 200.00 | DA | 0.00 | FA |
| 5. Citibank checking acct no. 0910420710 | 200.00 | 200.00 | DA | 0.00 | FA |
| 6. TCF Bank checking acct no. 4875941875 | 275.00 | 275.00 | DA | 0.00 | FA |
| 7. Chase checking acct no. 402100008982 | 500.00 | 500.00 | DA | 0.00 | FA |
| 8. Chase Checking acct no. 836032243 | 300.00 | 300.00 | DA | 0.00 | FA |
| 9. Household goods | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 10. Clothing | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 11. Jewelry | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 12. Hartford Life & Annuity Insurance Company policy n | 3,378.36 | 3,378.36 | DA | 0.00 | FA |
| 13. IRA Account | 405,625.00 | 405,625.00 | DA | 0.00 | FA |
| 14. IRA Account | 34,843.01 | 34,843.01 | DA | 0.00 | FA |
| 15. Family Benefits Marketing Company (currently the s | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. Family Benefits Mailing Company (shell corporation | 0.00 | 0.00 | DA | 0.00 | FA |
| 17. 2003 Lexus 300 | 9,050.00 | 9,050.00 | DA | 0.00 | FA |
| 18. 1997 Jeep Cherokee | 1,050.00 | 1,050.00 | DA | 0.00 | FA |
| 19. 1998 Jaguar XJ8 | 4,975.00 | 4,975.00 | DA | 0.00 | FA |
| 20. 1993 Ford Box Truck | 925.00 | 925.00 | DA | 0.00 | FA |
| 21. Cat | 0.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 1.48 | FA |
| TOTALS (Excluding Unknown Values) | $1,067,321.37 | $512,537.37 | | $16,001.48 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Case 10-07716   Doc 42   Filed 11/02/11   Entered 11/02/11 13:48:05   Desc Main
Document   Page 11 of 15

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-07716   SBJ   Judge: JACK B. SCHMETTERER | Trustee Name: | BARRY A. CHATZ |
| Case Name: | HUSSAIN, SYED B | Date Filed (f) or Converted (c): | 02/25/10 (f) |
| | HUSSAIN, SYEDA H | 341(a) Meeting Date: | 04/09/10 |
| | | Claims Bar Date: | 11/19/10 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL ASSETS ADMINISTERED; PREPARE CLAIMS REVIEW; PREPARE TFR.

Initial Projected Date of Final Report (TFR): 06/03/11     Current Projected Date of Final Report (TFR): 08/04/11

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-07716 -SBJ | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | HUSSAIN, SYED B | Bank Name: | BANK OF AMERICA, N.A. |
| | HUSSAIN, SYEDA H | Account Number / CD #: | *******6715 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1352 | | |
| For Period Ending: | 10/07/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/15/10 | 2, 3 | SYED B. HUSSAIN | RENT PAYMENT | 1122-000 | 16,000.00 | | 16,000.00 |
| | | 710 EAST VALLEY LANE | | | | | |
| | | ARLINGTON HEIGHTS, IL 60004-3240 | | | | | |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 16,000.16 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 16,000.57 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 16,000.98 |
| 02/04/11 | 000301 | INTERNATIONAL SURETIES, LTD. | | 2300-000 | | 13.80 | 15,987.18 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,987.30 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 15,987.44 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,987.57 |
| 05/23/11 | | Transfer to Acct #*******7439 | Bank Funds Transfer | 9999-000 | | 212.00 | 15,775.57 |
| 05/24/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 15,775.68 |
| 05/24/11 | | Transfer to Acct #*******7439 | Final Posting Transfer | 9999-000 | | 15,775.68 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 16,001.48 | 16,001.48 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 15,987.68 | |
| Subtotal | | 16,001.48 | 13.80 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 16,001.48 | 13.80 | |

Page Subtotals 16,001.48 16,001.48

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-07716 -SBJ | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | HUSSAIN, SYED B | Bank Name: | BANK OF AMERICA, N.A. |
| | HUSSAIN, SYEDA H | Account Number / CD #: | *******7439 BofA - Checking Account |
| Taxpayer ID No: | *******1352 | | |
| For Period Ending: | 10/07/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/23/11 | | Transfer from Acct #*******6715 | Bank Funds Transfer | 9999-000 | 212.00 | | 212.00 |
| 05/23/11 | 003001 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. BOX 19009<br>SPRINGFIELD, IL 62794-9009 | PRIORITY TAX CLAIMS 507(a)(8)<br>2010 STATE OF ILLINOIS TAXES | 2820-000 | | 212.00 | 0.00 |
| 05/24/11 | | Transfer from Acct #*******6715 | Transfer In From MMA Account | 9999-000 | 15,775.68 | | 15,775.68 |
| 08/25/11 | 003002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Fees | 2100-000 | | 2,350.15 | 13,425.53 |
| 08/25/11 | 003003 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Expenses | 2200-000 | | 53.64 | 13,371.89 |
| 08/25/11 | 003004 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60604 | ATTORNEY FOR TRUSTEE | 3210-000 | | 3,393.00 | 9,978.89 |
| 08/25/11 | 003005 | Popowcer Katten, Ltd.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601-2207 | Accountant for Trustee Fees (Other | 3410-000 | | 967.50 | 9,011.39 |
| 08/25/11 | 003006 | DISCOVER BANK<br>DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 4.95286% | 7100-000 | | 967.50 | 8,043.89 |
| 08/25/11 | 003007 | CAPITAL RECOVERY III LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS<br>CORPORAT<br>25 SE 2ND AVENUE SUITE 1120 | Claim 000002, Payment 4.95288% | 7100-000 | | 1,272.03 | 6,771.86 |

Page Subtotals  15,987.68  9,215.82

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-07716 -SBJ | |
| Case Name: | HUSSAIN, SYED B | |
| | HUSSAIN, SYEDA H | |
| Taxpayer ID No: | *******1352 | |
| For Period Ending: | 10/07/11 | |

| | | |
|---|---|---|
| Trustee Name: | BARRY A. CHATZ | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******7439 BofA - Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/25/11 | 003008 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701<br>MIAMI FL 33131-1605 | Claim 000003, Payment 4.95377% | 7100-000 | | 16.02 | 6,755.84 |
| 08/25/11 | 003009 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | Claim 000004, Payment 4.95289% | 7100-000 | | 1,685.28 | 5,070.56 |
| 08/25/11 | 003010 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | Claim 000005, Payment 4.95289% | 7100-000 | | 3,086.59 | 1,983.97 |
| 08/25/11 | 003011 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000006, Payment 4.95286% | 7100-000 | | 1,139.59 | 844.38 |
| 08/25/11 | 003012 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Claim 000007, Payment 4.95287% | 7100-000 | | 844.38 | 0.00 |

Page Subtotals 0.00 6,771.86

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-07716 -SBJ |
| Case Name: | HUSSAIN, SYED B |
| | HUSSAIN, SYEDA H |
| Taxpayer ID No: | *******1352 |
| For Period Ending: | 10/07/11 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7439 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 15,987.68 | 15,987.68 | 0.00 |
| Less: Bank Transfers/CD's | 15,987.68 | 0.00 | |
| Subtotal | 0.00 | 15,987.68 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 15,987.68 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********6715 | 16,001.48 | 13.80 | 0.00 |
| BofA - Checking Account - ********7439 | 0.00 | 15,987.68 | 0.00 |
| | 16,001.48 | 16,001.48 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*